# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

SHANE LEE PATRICK,　　　　　　　)　　No. ED CV 11-813-JAK (PLA)
　　　　　　　　　　　　　　　　 )
　　　　　　　Petitioner,　　　　 )　　**JUDGMENT**
　　　　　　　　　　　　　　　　 )
　　v.　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　 )
L.S. McEWEN,　　　　　　　　　　)
　　　　　　　　　　　　　　　　 )
　　　　　　　Respondent.　　　　)
_____)

　　Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: October 25, 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE